PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| YADIRA MELENDEZ, | ) | |
| | ) | CASE NO. 1:13CV01720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

In the above-captioned case, an Administrative Law Judge ("ALJ") denied Plaintiff

Yadira Melendez's application for Supplemental Security Income ("SSI") after a hearing.  That

decision became the final determination of Defendant Commissioner of Social Security

Administration when the Appeals Council denied Plaintiff's request to review the ALJ's

decision.  Plaintiff subsequently sought judicial review, and this Court referred the case to

Magistrate Judge Greg White for preparation of a Report and Recommendation pursuant to 28

U.S.C. § 636.  The magistrate judge recommended that Defendant's decision should be vacated

and remanded for further proceedings because the ALJ failed to provide good reasons for

rejecting significant portions of a treating doctor's opinion.  ECF No. 21.

28 U.S.C. § 636 provides that a party may serve and file specific written objections

within fourteen days after being served with the recommendations of the magistrate judge.  The

statute does not require a district judge to review a magistrate judge's report to which no

objections are filed.  *Thomas v. Arn*, 474 U.S. 140, 149, 106 S. Ct. 466, 88 L. Ed. 2d (1986).

The cutoff date to file objections was June 25, 2014.  On that day, Defendant filed a notice

(5:12CV00185)

informing the Court that Defendant will not object to the Report and Recommendation.  ECF No.

22.  Plaintiff also has not filed objections, evidencing satisfaction with the magistrate judge's

recommendation.  Any further review by this Court would be a duplicative and inefficient use of

the Court's resources.  *See Howard v. Secretary of Health & Human Services*, 932 F.2d 505, 509

(6th Cir. 1991).

       Accordingly, the Court adopts the Report and Recommendation.  Defendant's decision

denying Plaintiff's SSI application is vacated and remanded consistent with the Report and

Recommendation.


       IT IS SO ORDERED.


 June 27, 2014                             /s/ Benita Y. Pearson            
Date                                       Benita Y. Pearson
                                           United States District Judge