PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| YADIRA MELENDEZ, | ) |
| | ) CASE NO. 1:13CV01720 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) |
| | ) |
| Defendant. | ) **JUDGMENT ENTRY** |

In accordance with the contemporaneously filed order, the Court adopts the Report and Recommendation of the magistrate judge. Defendant's decision denying Plaintiff's SSI application is vacated and remanded consistent with the Report and Recommendation.

IT IS SO ORDERED.

 June 27, 2014   */s/ Benita Y. Pearson*
Date   Benita Y. Pearson
  United States District Judge